IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

BETTY LU STIEHM,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; and CAPITAL ONE BANK USA N.A.,

    Defendants.

**Civil No.**
**3:11-cv-00488-JAG**

## DEFENDANT TRANS UNION LLC'S
## FINANCIAL INTEREST DISCLOSURE STATEMENT

1. Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Trans Union LLC in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely held entities: TransUnion Corp.

2. In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Trans Union LLC hereby discloses to the Court as follows:

    a.    Trans Union LLC is wholly owned by TransUnion Corp., a Delaware Corporation.

    b.    No public company owns 10 percent or more of the stock in Trans Union LLC.

Respectfully submitted,

/s/
Grant E. Kronenberg
Virginia State Bar #65647
Attorney for Defendant Trans Union LLC
Morris & Morris, P.C.
PO Box 30
Richmond, VA 23218
(804) 344-8300
(804) 344-8539 Fax
gkronenberg@morrismorris.com

DATED: August 26, 2011.

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of August, 2011, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record registered to use the CM/ECF system in this action, as follows:

Jason M. Krumbein
jkrumbein@krumbeinlaw.com
Krumbein Consumer Legal Services Inc.
5310 Markel Road, Suite 102
Richmond, VA 23230
(804) 303-0204
(804) 303-0209 Fax
and
Joelle Erica Gotwals
jgotwals@gmail.com
Zweig & Associates PC
8567 Sudley Road, Suite D
Manassas, VA 20110
(703) 257-3500
(703) 257-4845 Fax
*Counsel for Plaintiff*

I further certify that I will cause a copy of the foregoing Motion and corresponding NEF by electronic mail on the following non-filing user: None.

/s/
Grant E. Kronenberg
Virginia State Bar #65647
Attorney for Defendant Trans Union LLC
Morris & Morris, P.C.
PO Box 30
Richmond, VA 23218
(804) 344-8300
(804) 344-8539 Fax
gkronenberg@morrismorris.com